UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER DISASTER SITE
LITIGATION

-------------------------------------------------------------------X

21 MC 100 (AKH)

Hon. Alvin K. Hellerstein,
U.S.D.J.

**RULE 7.1 STATEMENT OF
TURNER CONSTRUCTION
COMPANY**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TURNER CONSTRUCTION COMPANY certifies that TURNER CONSTRUCTION COMPANY is a wholly owned indirect subsidiary of Hochtief AG. Hochtief AG is a publicly held company headquartered in Germany and was founded in 1875.

Dated: Newark, New Jersey
        November 28, 2006

PATTON BOGGS LLP

By: _James E. Tyrrell, Jr._
        James E. Tyrrell, Jr. (JT-6837)
        One Riverfront Plaza, 6th floor
        Newark, NJ 07102
        (973) 868-5600
        JTyrrell@PattonBoggs.com

*Attorneys for defendant* Turner Construction Company